# Payroll Register Report
**From 11/01/2018 to 12/31/2018**

| Employee Name | | Employee ID | Date | Check Number | | Net |
|---|---|---|---|---|---|---|

### Hogan, Mathew — hogamat — 11/2/2018 — Check # 12064 — Net 1076.00

For 10/22/2018 to 10/28/2018

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1200.00 | Social Security | 74.40 |
| | | | | Medicare | 17.40 |
| | | | | State W/H | 23.74 |
| | | | | State Other | 8.46 |
| **Total Wages** | | | **1200.00** | **Total Deductions** | **124.00** |

### Hogan, Mathew — hogamat — 11/9/2018 — Check # 12067 — Net 1076.00

For 10/29/2018 to 11/4/2018

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1200.00 | Social Security | 74.40 |
| | | | | Medicare | 17.40 |
| | | | | State W/H | 23.74 |
| | | | | State Other | 8.46 |
| **Total Wages** | | | **1200.00** | **Total Deductions** | **124.00** |

### Hogan, Mathew — hogamat — 11/16/2018 — Check # 12069 — Net 1080.61

For 11/5/2018 to 11/11/2018

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1200.00 | Social Security | 74.40 |
| | | | | Medicare | 17.40 |
| | | | | State W/H | 23.74 |
| | | | | State Other | 3.85 |
| **Total Wages** | | | **1200.00** | **Total Deductions** | **119.39** |

### Hogan, Mathew — hogamat — 11/30/2018 — Check # 12072 — Net 1084.46

For 11/19/2018 to 11/25/2018

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1200.00 | Social Security | 74.40 |
| | | | | Medicare | 17.40 |
| | | | | State W/H | 23.74 |
| **Total Wages** | | | **1200.00** | **Total Deductions** | **115.54** |

### Hogan, Mathew — hogamat — 12/7/2018 — Check # 12076 — Net 1084.46

For 11/26/2018 to 12/2/2018

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1200.00 | Social Security | 74.40 |
| | | | | Medicare | 17.40 |
| | | | | State W/H | 23.74 |
| **Total Wages** | | | **1200.00** | **Total Deductions** | **115.54** |

### Hogan, Mathew — hogamat — 12/14/2018 — Check # 12079 — Net 1084.46

For 12/3/2018 to 12/9/2018

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1200.00 | Social Security | 74.40 |
| | | | | Medicare | 17.40 |
| | | | | State W/H | 23.74 |
| **Total Wages** | | | **1200.00** | **Total Deductions** | **115.54** |

## Payroll Register Report
**From 11/01/2018 to 12/31/2018**

| Employee Name | | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|---|
| **Hogan, Mathew** | | **hogamat** | **12/21/2018** | **Check # 12082** | **Net 905.16** |

For 12/10/2018 to 12/16/2018

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1000.00 | Social Security | 62.00 |
| | | | | Medicare | 14.50 |
| | | | | State W/H | 18.34 |
| **Total Wages** | | | **1000.00** | **Total Deductions** | **94.84** |

| Employee Name | | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|---|
| **Hogan, Mathew** | | **hogamat** | **12/28/2018** | **Check # 12084** | **Net 905.16** |

For 12/17/2018 to 12/23/2018

| Type Pay | Rate | Hours | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 1000.00 | Social Security | 62.00 |
| | | | | Medicare | 14.50 |
| | | | | State W/H | 18.34 |
| **Total Wages** | | | **1000.00** | **Total Deductions** | **94.84** |

### Total All Employees

| | | | Wages | Type Deduction | Amount |
|---|---|---|---|---|---|
| Regular Pay | | | 9200.00 | Social Security | 570.40 |
| | | | | Medicare | 133.40 |
| | | | | State W/H | 179.12 |
| | | | | State Other | 20.77 |
| **Total Wages** | | | **9200.00** | **Total Deductions** | **903.69** |
| | | | | **Net Payroll** | **8296.31** |
| | | | | | 9200.00 |

| **Total Checks** | **8** |
|---|---|

## Payroll Register Report
**From 11/01/2018 to 12/31/2018**

| Employee Name | Employee ID | Date | Check Number | Net |
|---|---|---|---|---|

**DEPARTMENT - ALL**

| | |
|---|---|
| EMPLOYER'S EXPENSES | ACTUAL |
| Social Security | 570.40 |
| Medicare | 133.40 |
| Federal Unemployment | 0.00 |
| State SUI, SDI, WFD and HCS | 170.50 |
| Worker's Comp. Expense | 0.00 |
| TOTAL EMPLOYER'S EXPENSES | 874.30 |
| | |
| EMPLOYEE(S) DEDUCTIONS | ACTUAL |
| Social Security | 570.40 |
| Medicare | 133.40 |
| State W/H | 179.12 |
| State Other | 20.77 |
| TOTAL EMPLOYEE(S) DEDUCTIONS | 903.69 |
| | |
| TOTAL NET PAYROLL | 8296.31 |
| TOTAL PAYROLL COST | 10074.30 |
| TOTAL FEDERAL DEPOSIT | 1407.60 |
| TOTAL STATE DEPOSIT | 199.89 |