Certificate Number: 15111-PAM-DE-032341839

Bankruptcy Case Number: 18-05441


15111-PAM-DE-032341839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 25, 2019</u>, at <u>9:31</u> o'clock <u>AM EST</u>, <u>Mathew L Hogan</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 25, 2019</u>　　　By: <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

　　　　　　　　　　　　　　　　Name: <u>Ryan McDonough</u>

　　　　　　　　　　　　　　　　Title: <u>Executive Director of Education</u>